## Fisher, Appellant, *v.* Murphy, et al.

Before FORER, J.

Argued March 24, 1975. *Harry R. Nixon,* with him *Schneider, Nixon & John,* for appellant; *Clayton H. Thomas, Jr.,* with him *Marshall, Dennehey & Warner,* for appellees.

Judgment affirmed.

## Foster, Appellant, *v.* Longacre Poultry Market, Inc., et al.

Before ANDERSON, J.

Argued December 10, 1975. *Robert H. Dickman,* with him *Goldberg & Frankel,* for appellant; *Lawrence W. Richman,* with him *Frank and Margolis,* for appellees.

Order affirmed.

## Garden State Brickface Co. *v.* P. Agnes, Inc., Appellant.

Before BOLGER, J., without a jury.

Argued December 10, 1975. *Samuel J. Marks,* for appellant; *Gerald I. Roth,* for appellee.

Order affirmed.